KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Dale F. Kinsella (SBN 063370)
  dkinsella@kwikalaw.com
Jonathan P. Steinsapir (SBN 226281)
  jsteinsapir@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiffs Mark Frost and
Good Comma Ink.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GOOD COMMA, INK., a California Corporation, and MARK FROST, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MVP ENTERTAINMENT, INC., a British Columbian Corporation, and ROBERT FREDERICK, an individual,<br><br>Defendants. | Case No. CV 10-09750 AHM (AGRx)<br><br>**JOINT STIPULATION OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

10427.00002/105482

This stipulation is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared."

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Good Comma, Ink., and Mark Frost and Defendants MVP Entertainment, Inc., and Robert Frederick hereby jointly stipulate to the dismissal of this action on the following terms:

1. Plaintiffs' Complaint is dismissed in its entirety without prejudice;
2. This civil action is dismissed in its entirety (as there are no counterclaims or other pending claims); and
3. All parties shall bear their own costs and attorneys' fees.

**SO STIPULATED.**

DATED: February 23, 2012    Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP


By: /s/Jonathan P. Steinsapir
   Jonathan P. Steinsapir
   Attorneys for Plaintiffs
   Good Comma Ink. and Mark Frost

DATED: February 23, 2012    Respectfully submitted,

LAVELY & SINGER, A PROFESSIONAL CORPORATION


By: /s/Henry L. Self III (by permission)
   Henry L. Self III
   Attorneys for Defendants
   MVP Entertainment, Inc. and
   Robert Frederick

10427.00002/105482

1

JOINT STIPULATION OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE